FILED
DEC 30 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| SELENA JONES, | ) | Civil No. 09-691-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| COLUMBIA HELICOPTERS INC., | ) | |
| Defendant(s). | ) | |

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that Plaintiff's Unopposed Motion to Dismiss [19-1] is GRANTED and this action is DISMISSED with prejudice and without costs or fees to either party. Pending motions are DENIED AS MOOT.

Dated this 30th day of December, 2009.

by /s/ Paul Papak
Paul Papak
United States Magistrate Judge